RECEIVED
IN LAKE CHARLES, LA

AUG - 6 2015

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHAEL GILLAM, | * | CIVIL ACTION NO. 2:14-cv-2631 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| GREGORY WISE, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 14] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the plaintiff's Objections [Doc. 16], and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that plaintiff's complaint [Docs. 1 & 6] be and hereby is **DISMISSED, IN PART, WITH PREJUDICE,** against defendants GEO, Wayne Calabrese, Terry Terrell, Keith Cooley, Mark Estes, and James LeBlanc as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this ___ day of _____August_____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE